Brian M. Ziff, #025851
Steven C. Lawrence, #022551
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile:  (480) 684-1199
Email:       bziff@clarkhill.com
                 slawrence@clarkhill.com

Attorneys for Plaintiff/Judgment Creditor

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UV2, LLC, a Michigan limited liability company, as successor in interest to UV2, INC., <br><br>Plaintiff/Judgment Creditor, <br><br>vs. <br><br>EMC TELECOM CORPORATION, an Arizona corporation, now known as EMCT ACQUISITIONS, INC.; <br><br>Defendant/Judgment Debtor. | NO. 2:10-CV-01269-PHX-ROS <br><br>**APPLICATION FOR WRIT OF GARNISHMENT** <br><br>**(NON-EARNINGS)** |
| CWIE, LLC, d/b/a Cavecreek Web Hosting, <br><br>Garnishee. | |

1. The Applicant hereunder is the above-captioned Judgment Creditor.

2. The Applicant has good reason to believe that:

   (a)   [ X ]  The Garnishee is indebted to Judgment Debtor EMC Telecom Corporation and EMCT Acquisitions, doing business as EMC Telecommunications for monies which are not earnings;  or

   (b)   [ X ]  The Garnishee is holding nonexempt monies on behalf of Judgment Debtor EMC Telecom Corporation and EMCT Acquisitions, doing business as EMC Telecommunications;  or

      (c)    [ X ]  The Garnishee has in its possession nonexempt personal property belonging to Judgment Debtor EMC Telecom Corporation and EMCT Acquisitions, doing business as EMC Telecommunications; or

      (d)    [ ]  The Garnishee is a corporation, and EMC Telecom Corporation and EMCT Acquisitions, doing business as EMC Telecommunications is the owner of shares in such corporation, or have a proprietary interest in the corporation.

3. The Judgment in this action, entered on August 20, 2010, is the amount set forth below and as of the date of this application, the Judgment Debtor owes Judgment Creditor:

| | |
|---|---|
| **Principal Balance** | $502,173.00 |
| **Interest on Principal from August 24, 2009 through November 11, 2010 (445 days @$82.55/diem)** | 36,734.75 |
| **Arbitrator Fees** | 4,005.00 |
| **Taxable Costs** | 404.80 |
| **Total as of November 11, 2010** | $543,317.55 |

4. The name and address of Garnishee and/or the authorized agent is:

CWIE, LLC, d/b/a Cavecreek Web Hosting
c/o Marcus A. Bohn
2353 West University Drive
Tempe, Arizona 85281

and/or

CWIE, LLC, d/b/a Cavecreek Web Hosting
c/o Ira Ronald Cadwell
14631 North 62nd Way
Scottsdale, Arizona 85254

5. That I have not received notice of Judgment Debtor EMC Telecom Corporation and EMCT Acquisitions, doing business as EMC Telecommunications' intent to enter into an agreement for debt scheduling with a debt counseling organization and, if such notice has been received, that either I or my client has timely objected, in writing, to Judgment Debtor EMC Telecom Corporation and EMCT Acquisitions, doing business as EMC Telecommunications' participation in such an Agreement or that they have been notified that the Agreement is no longer effective.

///

2

1      DATED this 11th day of November, 2010.

2                                          **CLARK HILL PLC**

4                            By:   /s/ Steven C. Lawrence
                                 Brian M. Ziff
5                                  Steven C. Lawrence
                                 Attorneys for Plaintiff/
6                                  Judgment Creditor

9 COPY of the foregoing mailed
this 12th day of November, 2010, to:

11 CWIE, LLC, d/b/a Cavecreek Web Hosting
c/o Marcus A. Bohn
2353 West University Drive
12 Tempe, AZ 85281

13
CWIE, LLC, d/b/a Cavecreek Web Hosting
14 c/o Ira Ronald Cadwell
14631 North 62nd Way
15 Scottsdale, AZ 85254

16 EMC Telecom Corporation,
n/k/a EMCT Acquisitions, Inc.
17 c/o Andrea McCoy
4609 N. 56th Lane
18 Phoenix, AZ 85031

20
    /s/ Pam Whitmore
21

3

6799898.1 28949/129615