|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | IN THE UNITED STATES DISTRICT COURT |
| 7 | FOR THE DISTRICT OF ARIZONA |

UV2, LLC, as successor in interest to UV2, Inc.,

    Plaintiff/Judgment-Creditor,

vs.

EMC Telecom Corporation, now known as EMCT Acquisitions, Inc.,

    Defendant/Judgment-Debtor.

Digital Ventures, LLC,

    Garnishee.

No. CV-10-01269-PHX-ROS

**ORDER**

Pending before the Court is the Report and Recommendation of Magistrate Judge Michelle H. Burns ("R&R") (Doc. 46). No objection being filed, and having reviewed the R&R, the underlying Writ of Garnishment, Answer, Objection to Answer and related briefs,

**IT IS ORDERED** the Report and Recommendation **(Doc. 46)** is **ADOPTED**.

**IT IS FURTHER ORDERED** the Writ of Garnishment against Garnishee Digital Venture's LLC is valid, that Plaintiff's Objection to Garnishee's Answer is granted, and that Garnishee is indebted to Defendant/Judgment-Debtor EMC Telecom Corporation ("EMC") in an amount exceeding the balance owed on Plaintiff's Judgment against EMC.

**IT IS FURTHER ORDERED** the **Clerk of the Court** shall enter **Judgment** in favor of Plaintiff/Judgment Creditor UV2, LLC and against Garnishee Digital Ventures, LLC for

1 the principal sum of $602,753.55 and that interest shall accrue on the foregoing sum at the
2 rate of 0.18% per annum from the date of this Judgment until it is fully paid.
3     DATED this 12th day of December, 2012.

_____
Roslyn O. Silver
Chief United States District Judge