Kevin R. Harper, State Bar No. 019118
Brian A. Stines, State Bar No. 026116
**HARPER LAW PLC**
2350 E. Germann Road, Suite 38
Chandler, Arizona 85286
Tel. 602.256.6400
Fax 602.256.6418
krh@harperlawarizona.com
bas@harperlawarizona.com
*Attorneys for Plaintiff/Judgment-Creditor*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UV2, LLC, a Michigan limited liability company, as successor interest to UV2, Inc., <br><br> Plaintiff/Judgment-Creditor, <br><br> vs. <br><br> EMC TELECOM CORPORATION, an Arizona corporation, now known as EMCT ACQUISITIONS, INC., <br><br> Defendant/Judgment-Debtor, <br><br> DIGITAL VENTURES, LLC, an Arizona limited liability company, <br><br> Garnishee/Judgment-Debtor. | No. CV10-01269-PHX-ROS <br><br> **APPLICATION FOR WRIT OF GARNISHMENT** <br><br> **(NON-EARNINGS)** |
| CCBILL, LLC, an Arizona limited liability company, <br><br> Garnishee. | |

Plaintiff/Judgment-Creditor UV2, LLC, by and through undersigned counsel, applies pursuant to Fed. R. Civ. P. 69 and A.R.S. § 12-1570, *et seq.*, for a writ of garnishment for monies and/or personal property in the possession with the Garnishee, CCBill, LLC, that are being held on behalf of the Garnishee/Judgment-Debtor. In support of this application, Plaintiff/Judgment-Creditor states that:

1. Plaintiff/Judgment-Creditor was awarded a money judgment in this action against Garnishee/Judgment-Debtor, Digital Ventures, LLC, on December 12, 2012.

2. Plaintiff/Judgment-Creditor has good reason to believe, and therefore alleges, that the Garnishee, CCBill, LLC, is holding nonexempt monies on behalf of the Garnishee/Judgment-Debtor, including in Garnishee's account number 908054, and/or the Garnishee has in its possession nonexempt personal property belonging to the Garnishee/Judgment-Debtor. The amount of the outstanding principal and interest awarded by the Court is $602,753.55. Interest continues to accrue at the rate of .18% per annum from December 12, 2012.

3. The name and address of the Garnishee is as follows:

> CCBill, LLC
> 2353 W University Dr
> Tempe, Arizona 85281

4. A completed Writ of Garnishment and Summons accompanies this Application and Plaintiff/Judgment-Creditor requests that the Writ be issued.

DATED this 19th day of December, 2012.

HARPER LAW PLC

By /s/Kevin R. Harper_____
  Kevin R. Harper
  Brian A. Stines
  *Attorneys for Plaintiff/Judgment-Creditor*