Kevin R. Harper, State Bar No. 019118
Brian A. Stines, State Bar No. 026116
**HARPER LAW PLC**
2350 E. Germann Road, Suite 38
Chandler, Arizona 85286
Tel. 602.256.6400
Fax 602.256.6418
krh@harperlawarizona.com
bas@harperlawarizona.com
*Attorneys for Plaintiff/Judgment-Creditor*

FILED
JAN 0 9 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UV2, LLC, a Michigan limited liability company, as successor interest to UV2,<br><br>Plaintiff/Judgment-Creditor,<br><br>vs.<br><br>EMC TELECOM CORPORATION, an Arizona corporation, now known as EMCT ACQUISITIONS, INC.,<br><br>Defendant/Judgment-Debtor,<br><br>DIGITAL VENTURES, LLC, an Arizona limited liability company,<br><br>Garnishee/Judgment-Debtor. | No. CV10-01269-PHX-ROS<br><br>**GARNISHEE'S ANSWER**<br><br>**(NON-EARNINGS)** |
| CCBILL, LLC, an Arizona limited liability company,<br><br>Garnishee. | |

1. I am the garnishee or am authorized to file this answer. Garnishee's name, address and phone are correct above except: _____

2. The statements checked below are true: (*Check and fill in blanks*)

      Garnishee does not have money or property belonging to judgment debtor. _____

Garnishee owes judgment debtor $ 0.00 . I've withheld $ _____ and released the rest because:

Garnishee has judgment debtor's personal property: _____

Garnishee has withheld (Attach lists if necessary): _____

Garnishee is a corporation and judgment debtor owns these shares or interests: _____

3. The following owe money or hold money or property which belongs to judgment debtor: CCBill, LLC. provides payment processing services for judgment debtor. We provide payment to judgment debtor on a weekly basis. The account in question recieves approximately $18,000 - $20,000 weekly. Account on hold.

4. Garnishee requests an answer fee in the amount of $_____ .

Delivered to Judgment Debtor:
Date: 01/08/2013
Time: 9:00 a.m.
Mail: x  Personal Service: _____

Delivered to Creditor:
Date: 01/08/2013
Time: 9:00 a.m.
Mail: x  Personal Service: _____

Garnishee's Signature: _____

SUBSRIBED AND SWORN TO before me on Jan. 8, 2013 .

My Commission expires: Nov. 26, 2014    _____
                                         Notary   Public/Deputy   Clerk

**JUDI DARLING**
Notary Public - Arizona
Maricopa County
My Commission Expires
November 26, 2014

2