IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UV2, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>EMC Telecom Corporation,<br><br>    Defendant,<br><br>AND RELATED PROCEEDINGS. | No. CV-10-01269-PHX-ROS<br><br>**ORDER** |

    Plaintiff/Judgment-Creditor UV2, LLC filed Applications for a Writ of Garnishment against the following entities: Double D Holdings, LLC; Pink Bird Media, Inc.; CC Bill, LLC; and WMM Holdings, LLC. The proceedings were referred to Magistrate Judge Michelle H. Burns. On May 20, 2013, Magistrate Judge Burns issued a Report and Recommendation ("R&R") recommending the applications regarding Double D Holdings, LLC and Pink Bird Media, Inc. be stayed pending the outcome of state-court proceedings. UV2 filed objections, arguing a stay would be inappropriate. On May 21, 2013, Magistrate Judge Burns issued two other R&Rs, recommending that judgment be entered against CC Bill, LLC and WMM Holdings, LLC. No objections were filed to these latter R&Rs.

    A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has

filed timely objections to a magistrate judge's R&R, the district court's review of the part objected to is to be *de novo*. *Id.* But no review is needed if no objections are filed. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted).

No objections were made to the R&Rs regarding CC Bill, LLC and WMM Holdings, LLC. Therefore, the Court will adopt the R&Rs addressed to those entities in full. UV2 did file objections to the R&R regarding Double D Holdings, LLC and Pink Bird Media, Inc. But, having reviewed the matter *de novo*, the Court concludes a stay is appropriate for the reasons outlined by the Magistrate Judge.

Accordingly,

**IT IS ORDERED** the Motions for Expedited Ruling (**Doc. 97, 98**) are **GRANTED**.

**IT IS FURTHER ORDERED** the Reports and Recommendations (**Doc. 93 and 94**) are **ADOPTED IN FULL**. The objections to the answers (Doc. 67, 75) are **SUSTAINED**. Plaintiff shall submit a proposed form of judgment within thirty days of this Order.

**IT IS FURTHER ORDERED** the Report and Recommendation (**Doc. 92**) is **ADOPTED IN PART**. The Applications for a Writ of Garnishment (**Doc. 51, 52**) are stayed until the conclusion of the state court proceedings (Superior Court of Arizona, Maricopa County, <u>UV2, LLC v. Digital Ventures, LLC</u>, CV-2009-054788).

**IT IS FURTHER ORDERED** UV2, LLC, Double D Holdings, LLC, and Pink Bird Media, Inc. shall file a joint status report regarding the state case ninety days from the date of this Order and every ninety days thereafter.

DATED this 29th day of July, 2013.

_____
Roslyn O. Silver
Chief United States District Judge